IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY ALPHONSO, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-529-KD-M |
| ESFELLER OIL FIELD CONSTRUCTION | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on March 24, 2009[1] following a bench trial of this action, and the damages briefs submitted by the parties, it is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of the Plaintiff, Tommy Alphonso, and against the Defendant, Esfeller Oil Field Construction, in the total amount of **$ 508, 642.68,** as set out in detail in the court's previous order.  (See doc. 85)

DONE this the 2nd day of April 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] On February 20, 2009, the court issued an order finding the defendant liable for the actions of its employee in operating a forklift in a negligent manner causing injury to the plaintiff.  The court then ordered the parties to submit briefs on the issue of damages.